UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Federal National Mortgage Association

                                         Plaintiff,

v.                                                   Case No.: 1:14−cv−04664
                                                         Honorable Andrea R. Wood

George L. Obradovich, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2014:

       MINUTE entry before the Honorable Andrea R. Wood:Status hearing held; continued to 11/12/2014 at 9:00 a.m. The motion by Defendants George and Jennifer Obradovich to join Seterus, Inc. and Safeguard Properties, LLC as Counter−Defendants and Third−Party Defendants [12] is granted. Consistent with Fed. R. Civ. P. 14, Defendants will serve a copy of their third−party claims upon Seterus and Safeguard within 10 days of filing their answer, affirmative defenses, and counterclaims. Having reviewed the Joint Initial Status Report [15], the Court orders the following schedule: Rule 26(a)(1) disclosures shall be made by 8/30/2014, written discovery shall be issued by 10/31/2014, fact discovery shall be completed by 3/1/2015, Plaintiffs and Counter−Plaintiffs' expert reports are due by 5/1/2015, depositions of Plaintiffs' and Counter−Plaintiffs' experts shall be completed by 6/15/2015, Defendants' and Counter−Defendants' experts shall be disclosed by 7/15/2015, and depositions of Defendants' and Counter−Defendants' experts shall be completed by 8/15/2015. Mailed notice (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.