UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>GEORGE L. OBRADOVICH; JENNIFER M. OBRADOVICH; UNKNOWN OWNERS and NON-RECORD CLAIMANTS;<br><br>   Defendants. | Case No. 1:14-cv-4664<br><br>Judge: Hon. Andrea R. Wood<br><br>Magistrate: Hon. Sidney I. Schenkier |
| GEORGE L. OBRADOVICH and JENNIFER M. OBRADOVICH;<br><br>   Counter-Plaintiffs,<br><br> v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"); SETERUS, INC.; and SAFEGUARD PROPERTIES, LLC,<br><br>   Counter/Third-Party Defendants | |

**FANNIE MAE AND SETERUS'S MOTION TO DISMISS**

Counter/Third-Party Defendants Federal National Mortgage Association and Seterus, Inc. (collectively, the "Fannie Mae Defendants"), by their attorneys, move to dismiss the Counterclaims and Third Party Claims ("Counterclaim") filed by George L. Obradovich and Jennifer M. Obradovich ("Borrowers") with prejudice pursuant to Rule 12(b)(6) of the Federal

1

Rules of Civil Procedure, and state as follows:

1. Borrowers' Counterclaim fails to state a valid cause of action, and thus should be dismissed pursuant to Rule 12(b)(6). *See* Fed. R. Civ. P. 12(b)(6).

2. The Fannie Mae Defendants contemporaneously filed their Memorandum in Support of this Motion.

3. For all these reasons, including those discussed in more detail in the Fannie Mae Defendants' Memorandum in Support of this Motion, Borrowers' Counterclaim should be dismissed.

WHEREFORE, the Fannie Mae Defendants request that this Court dismiss the Counterclaim in its entirety pursuant to Fed. R. Civ. P. 12(b)(6), with prejudice and without leave to amend, and provide such further and additional relief as it deems just and appropriate.

Date: September 3, 2014  Respectfully submitted,

**FEDERAL NATIONAL MORTGAGE ASSOCIATION and SETERUS, INC.,**

Ralph T. Wutscher
Jeffrey T. Karek
Charles J. Ochab
MCGINNIS WUTSCHER BEIRAMEE LLP
105 W. Madison Street, 18th Floor
Chicago, Illinois 60602
Tel. (312) 416-6170    By:  /s/ Jeffrey T. Karek
Fax (312) 284-4751          One of Their Attorneys


**Certificate of Service**

Jeffrey T. Karek, an attorney, certifies that on **September 3, 2014**, he caused the service of a true and correct copy of this Motion and any referenced exhibits via ECF on all parties who are Filing Users.

/s/ Jeffrey T. Karek