# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Federal National Mortgage Association

                Plaintiff,

v.                                                Case No.: 1:14−cv−04664

                                                      Honorable Andrea R. Wood

George L. Obradovich, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 9, 2014:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held on the motion by Counter/Third−Party Defendants Fannie Mae and Serterus to dismiss the complaint [28]. Plaintiff shall respond to the motion by 10/7/2014. Fannie Mae and Serterus shall reply by 10/21/2014. Ruling by mail. The parties are reminded that discovery shall proceed according to the schedule set by the Court's 8/6/2014 order. The status hearing set for 11/12/2014 remains firm. Mailed notice (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.