UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Federal National Mortgage Association, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 14 cv 4664 |
| | ) | |
| vs. | ) | Judge Andrea R. Wood |
| | ) | |
| George L. Obradovich, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**SAFEGUARD PROPERTIES, LLC'S MOTION TO DISMISS THIRD-PARTY PLAINTIFFS' COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

NOW COMES Third-Party Defendant SAFEGUARD PROPERTIES, LLC (hereinafter "Safeguard"), by and through its attorneys, SmithAmundsen LLC and for their Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), states as follows:

1. This case arises out of a dispute regarding certain property owned by Third-Party Plaintiffs George and Jennifer Obradovich (hereinafter "Obradovich"), which is involved in foreclosure proceedings brought by Counter-Defendant Federal National Mortgage Association (hereinafter "Fannie Mae").

2. Safeguard hereby respectfully moves to dismiss Obradovichs' Third Party Claims pursuant to Federal Rule of Civil Procedure 12(b)(6) based upon their failure to state a claim upon which relief may be granted. Safeguard is filing its motion papers and memorandum in support in accord with the local rules.

WHEREFORE, the Defendant, SAFEGUARD PROPERTIES, LLC respectfully requests that this Honorable Court enter an order dismissing the Third-Party Claims against it with prejudice.

    Respectfully submitted,

    /s/ Kenneth A. Perry
    SMITHAMUNDSEN LLC
    150 North Michigan Avenue, Suite 3300
    Chicago, IL 60601-1635
    Attorney for the Defendants Safeguard
    (312) 894-3200 (Telephone)
    (312) 894-3210 (Fax)
    kperry@salawus.com (Email)

Kenneth A. Perry (ARDC # 6283741)
Peter N. Maris (ARDC # 6306510)
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3200 (Telephone)
(312) 894-3210 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on September 29th, 2014, a copy of the foregoing **Safeguard Properties, LLC Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6)** was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic service. Parties may access this filing through the Court's CM/ECF System.

    Respectfully submitted,

    /s/ Kenneth A. Perry
    SMITHAMUNDSEN LLC
    150 North Michigan Avenue, Suite 3300
    Chicago, IL 60601-1635
    Attorney for the Defendants Safeguard
    (312) 894-3200 (Telephone)
    (312) 894-3210 (Fax)
    kperry@salawus.com (Email)