3025201-KAP/PNM

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Federal National Mortgage Association, | ) | |
| Plaintiff, | ) | Case No.: 14 cv 4664 |
| | ) | |
| vs. | ) | Judge Andrea R. Wood |
| | ) | |
| George L. Obradovich, et al. | ) | |
| Defendants. | ) | |

## SAFEGUARD PROPERTIES, LLC'S UNOPPOSED MOTION FOR ENTRY OF PROTECTIVE ORDER

NOW COMES the Defendant, SAFEGUARD PROPERTIES, LLC (hereinafter "Safeguard") by and through its attorneys, SmithAmundsen LLC and for its Unopposed Motion for Entry of Protective Order, state as follows:

1. This case arises out of a dispute regarding certain property owned by Defendants/Third-Party Plaintiffs George Obradovich and Jennifer Obradovich (hereinafter "Obradovich"), and which was foreclosed on by Plaintiff Federal National Mortgage Assocation (hereinafter "FNMA.")

2. Obradovich filed a third-party complaint naming Safeguard, FNMA and Seterus, Inc. (hereinafter "Seterus") as Counter-Defendants.

3. Pursuant to Rule 34, Obradovich has requested that Safeguard produce certain documents, some of which contain Safeguard's proprietary and confidential information.

4. The parties have agreed and stipulated to the Protective Order attached hereto as Exhibit A.

5. The Parties recognize and agree that good cause exists for the entry of the Protective Order that protects the Parties from the disclosure of Confidential Information as identified in said Order.

6. The said Order comports with Local Rule 26.2 with respect to the procedure for filing restricted documents under seal with the court.

WHEREFORE, the Parties respectfully and jointly request that this Court enter the Protective Order in the form attached to this Motion as Exhibit A, or for such other relief as this Court deems just and proper.

Respectfully submitted,

**/s/ Peter N. Maris, 6306510**
SMITHAMUNDSEN LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601-1635
Attorney for the Defendant Safeguard
(312) 894-3200 (Telephone)
(312) 894-3210 (Fax)
pmaris@salawus.com (Email)

Kenneth A. Perry (ARDC # 6283741)
Peter N. Maris (ARDC # 6306510)
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
 (312) 894-3200 (Telephone)
(312) 894-3210 (Facsimile)