**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Federal National Mortgage Association

                Plaintiff,

v.                                               Case No.: 1:14−cv−04664
                                                    Honorable Andrea R. Wood

George L. Obradovich, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 24, 2015:

      MINUTE entry before the Honorable Andrea R. Wood: Joint Motion to stay discovery and refer the matter to magistrate for mediation [48] is granted. Discovery is stayed until further order of court. This case is referred to Magistrate Judge Schenkier for the purposes of a settlement conference. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.