UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"); A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA,<br><br>GEORGE L. OBRADOVICH; JENNIFER M. OBRADOVICH, UNKNOWN OWNERS AND NON-RECORD CLAIMANTS, | Plaintiff,<br><br>v.<br><br><br>Defendants. | CIVIL ACTION<br><br>File No. 1:14-cv-4664<br><br>JURY TRIAL DEMANDED<br><br>Judge: Hon. Andrea R. Wood<br><br>Magistrate Judge:<br>Hon. Sidney I. Schenkier |
| GEORGE L. OBRADOVICH; JENNIFER M. OBRADOVICH,<br><br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"); SETERUS, INC.; SAFEGUARD PROPERTIES, LLC, | Counter-Plaintiffs,<br><br><br>v.<br><br><br>Counter/Third-Party Defendants. | <br><br><br><br><br>JURY TRIAL DEMANDED |

## JOINT PROPOSED DISCOVERY PLAN

Pursuant to this Court's June 11, 2015 order, the parties submit the following joint proposed discovery plan:

**I.   Discovery**

   A. Discovery Plan

   The parties will require additional written discovery, oral discovery, and expert discovery.

   i.   The parties proposes the following schedule for discovery:

      1.   Amend Rule 26(a)(1) disclosures – 8/19/15

1

2. Fact discovery completion date – 2/15/16

3. Expert discovery:

   a. Plaintiff's expert reports or disclosures – 3/15/16

   b. Deposition of Plaintiff's experts – 4/15/16

   c. Defendants' rebuttal reports – 5/15/16

   d. Deposition of Defendants' experts – 6/15/16

Dated: August 5, 2015

**Defendants/Counter-Plaintiffs**

By: */s/ Mohammed O. Badwan*
    Mohammed O. Badwan
    SULAIMAN LAW GROUP, LTD.
    900 Jorie Boulevard, Suite 150
    Oak Brook, IL 60523
    (630) 575-8181
    *Attorneys for Defendant/Counter-Plaintiffs*

**Safeguard Properties, LLC**

By: *Kenneth A. Perry*
    Kenneth A. Perry
    SmithAmundsen LLC
    150 N. Michigan Ave.
    Suite 3300
    Chicago, IL 60601
    (312) 894-3210
    *Attorneys for Counter- Defendant*

**Seterus, Inc. and Federal National Mortgage Association**

By: */s/ Jeffrey T. Karek*
    Jeffrey T. Karel
    Maurice Wutscher Beiramee LLP
    105 W. Madison St.
    18th Floor
    Chicago, IL 60602
    (312) 678-3803
    *Attorneys for Plaintiff/Counter-Defendants*