# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Federal National Mortgage Association

                                          Plaintiff,

v.                                                             Case No.: 1:14−cv−04664

                                                                        Honorable Andrea R. Wood

George L. Obradovich, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 22, 2015:

      MINUTE entry before the Honorable Andrea R. Wood: The parties' agreed motion to continue status and motion date [82] is granted. The motion and status hearing previously set for 12/23/2015 [81] is stricken and reset for 1/7/2016 at 9:00 AM. The motion presentment date of 1/5/2016 is stricken. Parties need not appear. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.