UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Federal National Mortgage Association

                                              Plaintiff,

v.                                                                Case No.: 1:14–cv–04664
                                                                      Honorable Andrea R. Wood

George L. Obradovich, et al.

                                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, January 7, 2016:

      MINUTE entry before the Honorable Andrea R. Wood: Status and motion hearing held. Obradovich's motion to compel and for sanctions [78] is granted in part and denied in part. Seterus Inc. shall produce a Rule 30(b)(6) deponent at a mutually agreeable location in Chicago by 2/15/2016. Plaintiff shall have the full seven hours provided under Fed. R. Civ. 30(d) to complete the deposition and Seterus's counsel shall ensure that there is a good faith basis for any objections and shall not otherwise unreasonably interfere with the conduct of the deposition. The parties shall meet and confer regarding the scope of the Rule 30(b)(6) deposition notice in a good faith attempt to resolve any differences regarding the scope of the deponent's testimony in advance of the deposition. If the parties are unable to resolve any disagreements, they shall file a motion to compel far enough in advance of the deposition so that the Court can rule before the deposition date. Status hearing set for 2/11/2016 at 9:00 a.m. Mailed notice. (mgh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.