## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Federal National Mortgage Association

                              Plaintiff,

v.                                                          Case No.: 1:14−cv−04664
                                                          Honorable Andrea R. Wood

George L. Obradovich, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 26, 2016:

       MINUTE entry before the Honorable Andrea R. Wood: The parties' agreed motion to extend the close of fact discovery [87] is granted. The discovery schedule is modified as follows: fact discovery shall be completed by 8/15/2016, Counter−Plaintiffs' expert reports or disclosures are due by 9/15/16, depositions of Counter−Plaintiffs' experts shall be completed by 10/15/16, Counter−Defendants' and Third−Party Defendants' rebuttal reports are due by 11/15/16, and depositions of Counter−Defendants' and Third−Party Defendants' experts shall be completed by 12/15/16. Counter−Plaintiffs' unopposed motion to amend the complaint and to add a new party [89] is taken under advisement for ruling in conjunction with the ruling on the pending motions to dismiss. The motion presentment date of 1/27/2016 is stricken. Parties need not appear. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.