**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division**

Federal National Mortgage Association

                                        Plaintiff,

v.                                                                       Case No.: 1:14–cv–04664
                                                                      Honorable Andrea R. Wood

George L. Obradovich, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 29, 2016:

      MINUTE entry before the Honorable Andrea R. Wood: For the reasons set forth in the accompanying Memorandum Opinion and Order, the motions to dismiss by Fannie Mae and Seterus [28] and Safeguard Properties, LLC [33] are granted as to Counts II, IV, and VII of the counterclaim and otherwise denied. The unopposed motion to amend the complaint to add a new party [89] is also granted. Defendants/Counter–Plaintiffs are granted leave to file, by 4/12/2016, an amended counterclaim to join YJM Development, Inc. as Counter–Defendant and Third–Party Defendant. Mailed notice(aw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.