40658/06086/SRS/CD

**U.S. District Court for the Northern District of Illinois**
**Attorney Appearance Form**

| | | |
|---|---|---|
| Case Title: | FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA v. GEORGE L. OBRADOVICH, et al. | Case Number: 14-cv-4664 |

An appearance is hereby filed by the undersigned as attorney for:

<u>YJM DEVELOPMENT, INC.</u>

| | |
|---|---|
| Attorney Name (type or print): | Stephanie R. Stomberg |
| Firm: | CASSIDAY SCHADE LLP |
| Street Address: | 20 N. Wacker Drive, Suite 1000 |
| City/State/Zip: | Chicago, IL 60606 |
| Bar ID Number: 6243961 (See Item 3 in instructions) | Telephone Number: (312) 641-3100 |
| Email Address: | sstomberg@cassiday.com |

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case: | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.   ☐ Retained Counsel
　　　　　　　　　　　　　　　　　　　　　　　☐ Appointed Counsel
　　　　　　　　　　　　　　　　　　　　　　　　　If appointed counsel, are you a
　　　　　　　　　　　　　　　　　　　　　　　　　☐ Federal Defender
　　　　　　　　　　　　　　　　　　　　　　　　　☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local Rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct.

Revised 8/1/2015

2

Under 28 U.S.C. § 1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 22, 2016

Attorney Signature:  s/Stephanie R. Stomberg
　　　　　　　　　　(Use electronic signature if the appearance form is filed electronically.)

8231175 SSTOMBERG;BRAUEN