40658/06086/SRS/CD/JAM

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | |
| GEORGE L. OBRADOVICH; JENNIFER .M. OBRADOVICH, UNKNOWN OWNERS AND NON-RECORD CLAIMANTS, | |
| Defendants. | Case Number 14-cv-4664 |
| | Judge Andrea R. Wood |
| GEORGE L. OBRADOVICH; JENNIFER M. OBRADOVICH, | Magistrate Judge Sidney I. Schenkier |
| Counter-Plaintiffs, | |
| v. | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"); SETERUS, INC.; SAFEGUARD PROPERTIES, LLC, | |
| Counter/Third-Party Defendants. | |

### YJM DEVELOPMENT, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS AND THIRD-PARTY CLAIMS

NOW COMES the Counter/Third-Party Defendant, YJM DEVELOPMENT, INC., by and through its attorney, Stephanie R. Stomberg of CASSIDAY SCHADE LLP, and for its Motion for Extension of Time to Respond to Counterclaims and Third-Party Claims, states as follows:

Counter/Third-Party Defendant, YJM DEVELOPMENT, INC., by its attorneys move pursuant to Civil Rule of Procedure 6(b) for an extension of time allowed for them to answer or otherwise plead to the counterclaims and third-party claims in this action for the reasons set forth as follows:

1. Defendant/Counter Plaintiffs/Third-Party Plaintiffs GEORGE L. OBRADOVICH and JENNIFER M. OBRADOVICH (collectively "Borrowers") filed their counterclaims and third-party claims against this Defendant on April 12, 2016.

2. A Summons was issued for YJM DEVELOPMENT, INC. on April 14, 2016.

3. The counterclaim contains 23 pages and asserts allegations of (1) trespass to real property; (2) violation of the Illinois Consumer Fraud and Deceptive Business Practices Act; (3) negligence; and (4) violations of the Fair Debt Collection Practices Act.

The current schedule requires that this Defendant answer or otherwise plead by May 13, 2016.

4. Counsel for the moving Defendant was only recently retained and requires additional time to investigate the allegations and consult with its clients to prepare an appropriate response to the Complaint.

5. Counsel's efforts in this regard have been hampered due to health issues of one attorney and the other's efforts to care for a terminally ill parent.

6. Counsel for Borrowers has indicated that while they have no objection to a three (3) week extension if this Defendant plans on filing an answer, they object to any extension over one (1) week if this Defendant plans on filing a Motion to Dismiss. Obviously, this Defendant needs time to review the extensive previous pleadings, motions and orders entered by the Court before a determination can be made as to the correct response to the current Complaint.

7.      Further, given that the parties have known of YJM's existence and involvement for over a year before bringing it into this lawsuit, an extension of three (3) weeks is not an unreasonable request.

8.      Accordingly, moving Defendant respectfully requests an extension of time to and including June 3, 2016 to answer or otherwise plead to the Counterclaim/Third-Party Claims Complaint.

9.      This motion is brought in good faith and no party would be unduly prejudiced by this Court granting an extension.

WHEREFORE, this Defendant, YMJ DEVELOPMENT, INC., respectfully requests the time allowed for them to answer or otherwise plead with respect to the Complaint in this matter to be extended to June 3, 2016, and that the Court provide such further relief as it deems just and appropriate.

    Respectfully submitted,

    CASSIDAY SCHADE LLP

    By: /s/ Stephanie R. Stomberg
        One of the Attorneys for Defendant, YJM DEVELOPMENT, INC.

Stephanie R. Stomberg
ARDC No. 6243961
CASSIDAY SCHADE LLP
20 North Wacker Drive, Suite 1000
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
sstomberg@cassiday.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2016 I electronically filed the foregoing document with the clerk of the court for Northern District of Illinois, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Stephanie R. Stomberg

8245480 SSTOMBERG;BRAUEN