UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Federal National Mortgage Association

                     Plaintiff,

v.                                                        Case No.: 1:14−cv−04664
                                                          Honorable Andrea R. Wood

George L. Obradovich, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 1, 2017:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Joint motion for extension of time to file expert reports or disclosures [143] is granted. Counter−Defendants' and Third−Party Defendants' expert reports or disclosures are due by 10/2/2017; and depositions of Counter−Defendants' and Third−Party Defendants' experts shall be completed by 12/2/17. Status hearing set for 8/29/2017 is stricken and reset for 11/2/2017 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.