

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Ross M. Zambon

Firm   Zambon Law, Ltd / Sulaiman Law Group, Ltd. (of Counsel)

Street Address   2500 S. Highland Avenue, Suite 200

City/State/Zip Code   Lombard, IL 60148

Phone Number   (630) 575-8181

Email address   rzambon@sulaimanlaw.com

ARDC (Illinois State Bar members, only)   6294149

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 16-cv-08074 | Khan v. OneWest Bank, et al | Judge Manish S. Shah |
| 16-cv-08662 | Craig v. Ditech | Judge Virginia M. Kendall |
| 16-cv-11382 | Gingrich v. Bank of America, | Judge Virginia M. Kendall |
| 15-cv-10935 | Johnson v. Wells Fargo, et al | Judge Virginia M. Kendall |
| 14-cv-4664 | Fed. Nat'l Mortgage v. Obrado | Judge Andrea R. Wood |
| 16-cv-00192 | Skibbe v. U.S. Bank Trust, et a | Judge Harry D. Leinenweber |

\_/s/ Ross M. Zambon_____   \_\_08/21/2017_____
Signature of Attorney                               Date

Rev. 01272016