040658/06086/SRS/CD

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>GEORGE L. OBRADOVICH; JENNIFER M. OBRADOVICH; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS,<br><br>        Defendants.<br><br>GEORGE L. OBRADOVICH; JENNIFER M. OBRADOVICH,<br><br>        Counter-Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"); SETERUS, INC.; SAFEGUARD PROPERTIES, LLC; and YJM DEVELOPMENT, INC.,<br><br>        Counter/Third-Party Defendants. | Case Number 14-cv-4664<br><br>Hon. Judge Andrea R. Wood<br><br>Magistrate Judge Sidney I. Schenkier |

## CERTIFICATE OF SERVICE VIA E-MAIL

I, Jeffrey A. Hesser, an attorney, certify that on October 2, 2017, the following document was served via e-mail upon the attorneys of record per the attached service list:

*Defendant YJM Development Inc.'s Rule 26(a)(2) Disclosures*

CASSIDAY SCHADE LLP

By: s/Jeffrey A. Hesser
One of the Attorneys for Defendant YJM DEVELOPMENT INC.

Stephanie R. Stomberg | 6243961
Jeffrey A. Hesser | 6256081
Cliff Demosthene | 6274795
CASSIDAY SCHADE LLP
20 North Wacker Drive, Suite 1000
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 (Fax)
sstomberg@cassiday.com
jhesser@cassiday.com
cdemosthene@cassiday.com

040658/06086/SRS/CD
FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA v. GEORGE L. OBRADOVICH, et al.

## SERVICE LIST

**Via E-Mail: rzambon@sulaimanlaw.com; mbadwan@sulaimanlaw.com; mbaltabols@sulaimanlaw.com**
Mohammed O. Badwan, Esq.
Ross M. Zambon, Esq.
Mara A. Baltabols, Esq.
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, IL 60523
(630) 575-8181
(630) 575-8188 (Fax)


ATTORNEYS FOR SAFEGUARD PROPERTIES, LLC:
**Via E-Mail: aseiber@salawus.com; kperry@salawus.com; bpoulos@salawus.com; kkoss@salawus.com**
Andrew Charles Seiber, Esq.
Kenneth A. Perry, Esq.
Bethany Corinne Poulos, Esq.
Kelly K. Koss, Esq.
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3200
(312) 894-3210 (Fax)

ATTORNEYS FOR PLAINTIFF FEDERAL NATIONAL MORTGAGE ASSOCIATION:
**Via E-Mail: rweininger@johnsonblumberg.com**
Rebecca Mil Reyes Weininger, Esq.
Johnson, Blumberg & Associates, LLC
230 West Monroe Street, Suite 1125
Chicago, IL 60606
(312) 541-9710
(312) 541-9711 (Fax)

ATTORNEYS FOR THIRD-PARTY DEFENDANT AND COUNTER-DEFENDANT FEDERAL NATIONAL MORTGAGE ASSOCIATION and SETERUS, INC.:
**Via E-Mail: cbraun@mauricewutscher.com; jkarek@mauricewutscher.com; ewagner@mauricewutscher.com**
Coleman Jon Braun, Esq.
Jeffrey Thomas Karek, Esq.
Ernest P. Wagner, Esq.
Maurice Wutscher LLP
105 West Madison Street, Suite 1800
Chicago, IL 60602
(312) 730-6803

**Via E-Mail: jkarek@mauricewutscher.com**
Jeffrey Thomas Karek, Esq.
Maurice Wutscher LLP
105 West Madison Street, 18th Floor
Chicago, IL 60602
(224) 518-4446

**Via E-Mail: nick@nickwooten.com**
Nicholas Heath Wooten, Esq.
Nick Wooten, LLC
17200 Chenal Parkway
Suite 300 - Box 357
Little Rock, AR 72223
(334) 887-3000
(334) 821-7720 (Fax)

**Via E-Mail: rzambon@sulaimanlaw.com**
Ross Michael Zambon
Zambon Law, Ltd. (Of Counsel Sulaiman Law Group, Ltd.)
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
(630) 575-8188 (Fax)

8648582