UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Federal National Mortgage Association

                Plaintiff,

v.                                                 Case No.: 1:14−cv−04664
                                                    Honorable Andrea R. Wood

George L. Obradovich, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 18, 2017:

      MINUTE entry before the Honorable Andrea R. Wood: Unopposed Motion for extension of time to file dispositive motion [163] is granted. Dispositive motions shall be filed by 12/18/2017. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.