UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GEORGE L. OBRADOVICH, et al., <br><br> Defendants. <br><br> GEORGE L. OBRADOVICH and JENNIFER M. OBRADOVICH; <br><br> Counter/Third-Party Plaintiffs, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), et al., <br><br> Counter/Third-Party Defendants. | Case No. 1:14-cv-4664 <br><br> Judge: Hon. Andrea R. Wood <br><br> Magistrate: Hon. Sidney I. Schenkier |

**THE FANNIE MAE DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION IN FILING THEIR MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Counter/Third-Party Defendants Federal National Mortgage Association ("Fannie Mae") and Seterus, Inc. ("Seterus") (collectively, the "Fannie Mae Defendants"), by their attorneys, respectfully move this Court for leave to file their Memorandum in Support of their Motion for

1

Summary Judgment in excess of the fifteen page limit imposed under Rule 7.1 of the Local Rules of the U.S. District Court for the Northern District of Illinois ("Local Rule 7.1"), and in support thereof, states as follows:

1. Third Party Plaintiffs George L. Obradovich and Jennifer M. Obradovich's ("Third-Party Plaintiffs") First Amended Counterclaim alleges the following three claims against the Fannie Mae Defendants: (1) trespass to real property, (2) violation of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, *et seq*. ("ICFA"), and (3) negligence. Plaintiffs also assert a fourth claim against Seterus only for an alleged violation of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. ("FDCPA"). *See* First Amended Counterclaim. [D.E. 97].

2. The Fannie Mae Defendants memorandum in support of their motion for summary judgment argues that they are entitled to summary judgment on all four claims.

3. Accordingly, the Fannie Mae Defendants respectfully request that this Court allow the Fannie Mae Defendants leave to exceed the 15-page limitation on briefs imposed by Local Rule 7.1.

4. Third-Party Plaintiffs have no objection to this motion.

5. No party will be unduly prejudiced by the granting of this motion.

WHEREFORE, Defendants Fannie Mae and Seterus respectfully request that this Court extend the page limitation for their Memorandum in Support of their Motion for Summary Judgment on Third-Party Plaintiffs' First Amended Counterclaim to permit the filing of a brief consisting of twenty-nine (29) pages of argument, and that this Court grant such further and additional relief as it deems necessary and proper.

Date: December 18, 2017                                    Respectfully submitted,

                                                           FEDERAL NATIONAL MORTGAGE
                                                           ASSOCIATION and SETERUS, INC.,

Ralph T. Wutscher                                          Defendants,
Ernest P. Wagner
Jeffrey T. Karek
MAURICE WUTSCHER LLP
105 W. Madison Street, 18th Floor
Chicago, Illinois 60602
Tel. (312) 416-6170              By:      /s/ Jeffrey T. Karek
Fax (312) 284-4751                        One of Their Attorneys


**Certificate of Service**

    Jeffrey T. Karek, an attorney, certifies that on **December 18, 2017**, he caused the service of a true and correct copy of this Memorandum and any referenced exhibits via ECF on all parties who are filing users.

                                        /s/ Jeffrey T. Karek