UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GEORGE L. OBRADOVICH, et al., <br><br> Defendants. <br><br> GEORGE L. OBRADOVICH and JENNIFER M. OBRADOVICH; <br><br> Counter/Third-Party Plaintiffs, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), et al., <br><br> Counter/Third-Party Defendants. | Case No. 1:14-cv-4664 <br><br> Judge: Hon. Andrea R. Wood <br><br> Magistrate: Hon. Sidney I. Schenkier |

**FANNIE MAE AND SETERUS'S MOTION FOR SUMMARY JUDGMENT**

Counter/Third-Party Defendants Federal National Mortgage Association ("Fannie Mae") and Seterus, Inc. ("Seterus") (collectively, the "Fannie Mae Defendants"), by their attorneys, pursuant to Federal Rule of Civil Procedure 56, submit this Motion for Summary Judgment as to George and Jennifer Obradovich's ("Borrowers") First Amended Counterclaims and Third Party Claims ("FAC").

1. Contemporaneously with the filing of this Motion, the Fannie Mae Defendants filed

1

a Memorandum in Support of their Motion for Summary Judgment.

2.	Contemporaneously with the filing of this Motion, the Fannie Mae Defendants also filed a Statement of Material Facts pursuant to Local Rule 56.1.

3.	For the reasons explained in detail in the Memorandum in Support of Motion for Summary Judgment, which is incorporated herein, the Fannie Mae Defendants are entitled to summary judgment in their favor and against the Borrowers as to the Borrowers' FAC.

WHEREFORE, Fannie Mae and Seterus request that this Court grant summary judgment in their favor and against George Obradovich and Jennifer Obradovich on all claims pursuant to Federal Rule of Civil Procedure 56, and this this Court provide such further and additional relief as it deems just and appropriate.

Date: December 18, 2017					Respectfully submitted,

								**FEDERAL NATIONAL MORTGAGE**
								**ASSOCIATION and SETERUS, INC.,**

Ralph T. Wutscher
Ernest P. Wagner
Jeffrey T. Karek
MAURICE WUTSCHER LLP
105 W. Madison Street, 18th Floor
Chicago, Illinois 60602
Tel. (312) 416-6170			By:	/s/ Jeffrey T. Karek
Fax (312) 284-4751				One of Their Attorneys

## Certificate of Service

      Jeffrey T. Karek, an attorney, certifies that on **December 18, 2017**, he caused the service of a true and correct copy of this Memorandum and any referenced exhibits via ECF on all parties who are filing users.

         /s/ Jeffrey T. Karek