## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Federal National Mortgage Association

                                           Plaintiff,

v.                                                      Case No.: 1:14−cv−04664

                                                             Honorable Andrea R. Wood

George L. Obradovich, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 13, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. In light of the settlement conference set for 5/2/2018 with the Magistrate Judge, the pending motions for summary judgment [125], [157], [160], are denied without prejudice. If the settlement conference is unsuccessful, any party may move to reinstate its motion and/or resume briefing within 28 days of the cessation of settlement discussions. Pursuant to the discussion held in open court, the status hearing is continued to 5/15/2018 at 9:00 AM. (ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.