040658/06086/SRS/JAH/CD

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> v. <br><br> GEORGE L. OBRADOVICH; JENNIFER M. OBRADOVICH; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS, <br><br> Defendants. <br><br> GEORGE L. OBRADOVICH and JENNIFER M. OBRADOVICH, <br><br> Counter/Third-Party Plaintiffs, <br><br> v. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"); SETERUS, INC.; SAFEGUARD PROPERTIES, LLC, AND YJM DEVELOPMENT, <br><br> Counter/Third-Party Defendants. | <br><br><br><br><br><br><br><br><br><br> No. 14-cv-4664 <br><br> Hon. Judge Andrea R. Wood |

## YJM DEVELOPMENT, INC.'S
## RENEWED RULE 56 MOTION FOR SUMMARY JUDGMENT

Third-Party Defendant YJM DEVELOPMENT, INC., by and through its attorneys, Stephanie R. Stomberg, Jeffrey A. Hesser, and Cliff Demosthene, hereby renews its previously filed motion for summary judgment pursuant to Rule 56 for the reasons set forth in the previously filed

motion, memorandum of law and statements of fact, which are incorporated and adopted herein by reference.

YJM Development, Inc. previously filed its Rule 56 Motion for Summary Judgment (See DKT #157) on December 14, 2017. In further support of its Rule 56 Motion for Summary Judgment, YJM Development, Inc. also filed its Memorandum of Law in support (See DKT #158) and a Local Rule 56.1 Statement of Material Facts (See DKT #159). Copies of the Motion, Memorandum and Statement of Material Facts, along with any exhibits and Court materials referenced therein, are hereby incorporated and adopted as if fully set forth herein. No briefing schedule had been set by the Court.

On March 13, 2018, the Court entered an order (See DKT #176) denying the pending motion for summary judgment without prejudice and allowing the parties leave to reinstate the motion and/or resume a briefing schedule accordingly.

Thereafter, the Court entered an order (See DKT #179) granting leave to renew the previously filed Motion(s) for Summary Judgment by May 30, 2018, which this party hereby elects to do by the instant motion. YJM Development, Inc. hereby elects to adopt the previously filed briefs and supporting documents referenced herein (See DKT #s 157, 158 and 159).

The parties propose the following briefing schedule be entered by the Court, presuming other parties also elect to renew other previously filed Motions for Summary Judgment, which were to be filed by May 30, 2018: Counter/Third-Party Plaintiffs, George L. Obradovich and Jennifer M. Obradovich shall have until June 29, 2018 to file any responses to the Motions for Summary Judgment filed by Counter/Third-Party Defendants, and Counter/Third Party Defendants shall have until July 20, 2018 to file any replies in further support of the Motions for Summary Judgment. The matter is next set for status on July 12, 2018 at 9:00 a.m.

WHEREFORE, Third-Party Defendant YJM DEVELOPMENT, INC., renews its Motion for Summary Judgment, prays its motion be granted, and judgment be entered in its favor and against the third-party plaintiffs George L. Obradovich and Jennifer M. Obradovich as a matter of law.

                                        Respectfully submitted,

                                        CASSIDAY SCHADE LLP

                                        By: /s/Jeffrey A. Hesser
                                               One of the Attorneys for Third-Party Defendant
                                             YJM DEVELOPMENT, INC.

Stephanie R. Stomberg, Esq. | 6243961
Jeffrey A. Hesser, Esq. | 6256081
Cliff Demosthene, Esq. | 6274795
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 (Fax)
sstomberg@cassiday.com
jhesser@cassiday.com
cdemosthene@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2018, I electronically filed the foregoing document with the clerk of the court for Northern District of Illinois using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/Jeffrey A. Hesser

8857587