UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GEORGE L. OBRADOVICH; JENNIFER M. OBRADOVICH; and UNKNOWN ONWERS and NON-RECORD CLAIMANTS, <br><br> Defendants. | 14-cv-4664 <br><br> Hon. Andrea Wood <br><br> Magistrate Honorable Sidney I. Schenkier |

## RENEWED MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S COMPLAINT

Now comes Plaintiff Fannie Mae, by and through its attorneys, Johnson, Blumberg & Associates, LLC, and in support of its Motion states as follows:

Pursuant to this Court's order of May 16, 2018, Plaintiff Fannie Mae hereby renews its Motion for Summary Judgment, originally filed on January 23, 2017, at Docket # 125. The Response to the Motion was filed on March 9, 2017, at Docket # 131. The Reply in Support of Motion for Summary Judgment and the Rule 156 Statement were filed on March 30, 2017, at Docket # 136 and 137, respectively.

Wherefore, Plaintiff Fannie Mae respectfully requests that this Court grant the Motion for Summary Judgment, enter judgment in favor of Plaintiff and against Defendants George L. Obradovich and Jennifer M. Obradovich, and for any further relief that this Court deems just.

>Respectfully submitted,

>**FEDERAL NATIONAL MORTGAGE ASSOCIATION**

>By: /s/ Rebecca M. R. Weininger
>      Its counsel

Rebecca M. R. Weininger
Johnson, Blumberg & Associates, LLC
230 West Monroe Street, Suite 1125
Chicago, Illinois  60606
312-541-9710
rweininger@johnsonblumberg.com