3025201-KAP/BCP

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"); A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA, Plaintiff, v. GEORGE L. OBRADOVICH; JENNIFER M. OBRADOVICH, UNKNOWN OWNERS AND NON-RECORD CLAIMANTS, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br><br>File No. 1:14-cv-4664<br><br>JURY TRIAL DEMANDED<br><br>Judge: Hon. Andrea R. Wood<br><br>Magistrate Judge:<br>Hon. Sidney I. Schenkier |
| GEORGE L. OBRADOVICH; JENNIFER M. OBRADOVICH, Counter-Plaintiffs, v. FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"); SETERUS, INC.; SAFEGUARD PROPERTIES, LLC, Counter/Third-Party Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | JURY TRIAL DEMANDED |

## SAFEGUARD PROPERTIES, LLC'S MOTION TO REINSTATE ITS MOTION FOR SUMMARY JUDGMENT

NOW COMES, SAFEGUARD PROPERTIES, LLC ("SAFEGUARD"), by and through its attorneys SmithAmundsen LLC, and respectfully moves this Honorable Court to reinstate its Motion for Summary Judgment previously filed under Docket Nos. 160-162.

The parties have conferred and propose following briefing schedule relative to SAFEGUARD's Motion for Summary Judgment: Counter-Plaintiffs to file response brief on or before June 29, 2018 and SAFEGUARD will file its reply brief on or before July 20, 2018.

Date: May 29, 2018                              Respectfully submitted,

/s/ Bethany C. Poulos
Bethany C. Poulos (ARDC # 6310314)
SMITHAMUNDSEN LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601-1635
Attorney for the Defendants Safeguard Properties
(312) 894-3200 (Telephone)
(312) 894-3210 (Fax)
bpoulos@salawus.com (Email)

## **CERTIFICATE OF SERVICE**

   I hereby certify that on May 29, 2018, a copy of the foregoing, **Safeguard Properties, LLC's Motion to Reinstate its Motion for Summary Judgment** was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic service. Parties may access this filing through the Court's CM/ECF System.

            /s/ Bethany C. Poulos