# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Federal National Mortgage Association

                                                    Plaintiff,

v.                                                                             Case No.: 1:14−cv−04664
                                                                            Honorable Andrea R. Wood

George L. Obradovich, et al.

                                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 2, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Defendants/Counter−Plaintiffs Motion for extension of time to file response/reply [188] is granted. The briefing schedules for the parties renewed motions for summary judgment by YJM Development, Inc. [180], Safeguard Properties, LLC [184], and Fannie Mae and Seterus [182][186] is extended as follows: responses shall be filed by 7/13/2018; replies shall be filed by 8/3/2018. Defendants/Counter−Plaintiffs Motion for leave to file excess pages [190] is granted. The motion presentment date of 7/3/2018 is stricken; parties need not appear. Status hearing set for 7/12/2018 [179] remains firm. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.